UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON D. TUCKER | CIVIL ACTION |
| VERSUS | NO. 15-1811 |
| SHERIFF MARLIN N. GUSMAN | SECTION "E" (2) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

**IT IS FURTHER ORDERED** that defendant's motion to dismiss, Record Doc. No. 3, is **DISMISSED AS MOOT**.

New Orleans, Louisiana this 9th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE